# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS AG and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC. USA and INTAS PHARMACEUTICAL LTD.,<br><br>Defendants. | Case No.: 1:13-cv-01013 (EGS) |

## JOINT MOTION FOR A STAY

Plaintiffs Novartis AG and Novartis Pharmaceuticals Corporation and Defendants Accord Healthcare, Inc. USA and Intas Pharmaceutical Ltd. hereby advise the Court that they have reached an agreement to settle this action, and jointly move the Court to stay this action for sixty days (60) days to permit review of the settlement agreement by certain government authorities.  If a stipulation of dismissal has not been filed within sixty (60) days, the parties will contact the Court to report on the status of the settlement.

It is submitted that good cause for the requested stay has been shown, and it is respectfully requested that this motion be granted.

Dated: December 12, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Edmund J. Haughey | /s/  Raja Saliba |
| Edmund J. Haughey (DC Bar No. 462773) | Raja N. Saliba (DC Bar No. 465832) |
| FITZPATRICK, CELLA, HARPER & SCINTO | SUGHRUE MION PLLC. |
| 975 F Street, N.W. | 2100 Pennsylvania Ave., N.W. |
| Washington, D.C.  20004-1462 | Washington, D.C.  20037 |
| Tel: (202) 530-1010 | Tel: (202) 293-7060 |
| Fax: (202) 721-5489 | Fax: (202) 293-7860 |
| E-mail: ehaughey@fchs.com | E-mail: rsaliba@sughrue.com |

Of Counsel:

*Attorney for Defendants Accord Healthcare, Inc. USA and Intas Pharmaceutical Ltd.*

Nicholas N. Kallas
Lisa Pensabene
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
E-mail: nkallas@fchs.com, lpensabene@fchs.com

*Attorneys for Plaintiffs Novartis AG and Novartis Pharmaceuticals Corporation*